IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON THOMAS SANDERS,            3:14-CV-00223-JE

       Petitioner,               ORDER

v.

MARION FEATHER, Warden,
FCI Sheridan

       Respondent.

BROWN, Judge.

     Magistrate Judge John Jelderks issued Findings and Recommendation (#11) on July 11, 2014, in which he recommends the Court deny Petitioner Jason Thomas Sanders's Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and enter a judgment dismissing this matter with prejudice. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#11) and, therefore, **DENIES** the Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 25th day of September, 2014.

*[signature]*
ANNA J. BROWN
United States District Judge

2 - ORDER